**Abatement Order filed December 2, 2021**



In The

# Fourteenth Court of Appeals

———————

NO. 14-21-00403-CV
———————

**METROPOLITAN WATER COMPANY, L.P., Appellant**

**V.**

**BLUE WATER SYSTEM, LP AND BLUE WATER VISTA RIDGE, LLC,**
**Appellees**

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 37412**

## ABATEMENT ORDER

Notice was filed November 22, 2021 that appellant Metropolitan Water Company, L.P. is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on November 22, 2021, appellant petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Western District of Texas under case number 21-10903. A bankruptcy suspends the appeal from the date when the bankruptcy

petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we ORDER the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. See Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.